UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re                                    Case No. 09-12625-BKC-PGH
                                         Chapter 7
THE BRASS PINEAPPLE, CO.

_____Debtor(s)_____/

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( )   The Trustee has a balance of $*** remaining in his bank account which represents unpresented checks drawn and mailed to creditors of the above named Debtor in accordance with the Order for Payment of Dividends. Your Trustee has made a good faith effort to verify the correct mailing address for said creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

(XX)  The Trustee has a balance of **$0.48** remaining in his bank account which represents small dividends as defined by F.R.B.P. 3010.

Attached and made a part of this notice is a list, pursuant to F.R.B.P. 3011, of the names, claim numbers and addresses of the creditors and the amounts to which they are entitled.

**WHEREFORE**, your Trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: August 23, 2010                   /s/Robert C. Furr, Trustee
                                         Robert C. Furr
                                         One Boca Place, Suite 337W
                                         2255 Glades Road
                                         Boca Raton FL 33431
                                         Telephone: (561) 395-1840
                                         Facsimile: (561) 338-7532
                                         Email: trustee@furrtrustee.com

NAME:   THE BRASS PINEAPPLE, CO.

CASE NO:   09-12625-BKC-PGH

| Claim No | Creditor | Amount Allowed | Amount of Dividend |
|---|---|---|---|
| 8 | CLAUDIA SPROUL | $47.93 | $0.48 |
|  | 527 SE Carolina Drive Stuart, FL 34994 |  |  |
|  |  | Total: | $0.48 |